```
 1  JEFFREY B. DEMAIN (SBN 126715)
    ALTSHULER BERZON LLP
 2  177 Post Street, Suite 300
    San Francisco, California  94108
 3  Telephone:  (415) 421-7151
    Facsimile:   (415) 362-8064
 4  jdemain@altshulerberzon.com

 5  Attorneys for Defendants

 6  MALCOLM S. SEGAL - SBN 075481
    JAMES P. MAYO - SBN 169897
 7  SEGAL & KIRBY LLP
    770 L Street, Suite 1440
 8  Sacramento,  CA  95814
    Telephone:  (916) 441-0828
 9  Facsimile:   (916) 446-6003
    msegal@segalandkirby.com
10  jmayo@segalandkirby.com

11
    DONALD J. PUTTERMAN – SBN 090822
12  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
    101 California Street, Suite 2050
13  San Francisco, CA 94111
    Telephone:  (415) 421-6140
14  Facsimile:   (415) 398-5030
    dputterman@kasowitz.com
15
    Attorneys for Plaintiff
16  THE OSO GROUP, LTD.
```

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE OSO GROUP, LTD., a California Corporation,<br><br>                    Plaintiff,<br><br>        vs.<br><br>BULLOCK & ASSOCIATES, INC., SERVICE EMPLOYEES INTERNATIONAL UNION, CTW/CLC, and DOES 1 through 100,<br><br>                    Defendants.<br>_____/ | **CASE NO.**  09-CV-1906 SC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND RELATED MATTERS**<br>_____ |

Plaintiff THE OSO GROUP, LTD., and Defendants BULLOCK & ASSOCIATES, INC., and SERVICE EMPLOYEES INTERNATIONAL UNION, CTW/CLC, by and through their respective counsel of record, hereby submit the following Stipulation and Proposed Order to continue the hearing on Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction, currently set for July 10, 2009.

WHEREAS, Plaintiff filed a Complaint in the above-captioned case on May 1, 2009;

WHEREAS, Defendants jointly filed a motion to dismiss Plaintiff's complaint for lack of subject matter jurisdiction on May 26, 2009, which is currently set for hearing on July 10, 2009;

WHEREAS, on May 1, 2009, this Court issued an Order Setting Case Management Conference and an Order Setting Initial Case Management Conference and ADR Deadlines, setting an Initial Case Management Conference in this matter for August 14, 2009 and requiring the parties to *inter alia:* (1) meet and confer re initial disclosures and a discovery plan, and file an ADR Certification by July 24, 2009; and, (2) file Rule 26(f) reports, complete initial Rule 26 disclosures, and file Case Management Statements by August 7, 2009;

WHEREAS, the parties have mutually agreed that the hearing on Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction may be continued to August 14, 2009 to accommodate Plaintiff's schedule.

THEREFORE, Plaintiffs and Defendants, by and through their respective counsel of record, hereby stipulate, and request the Court to order, as follows:

1. The hearing on Defendants Motion to Dismiss for Lack of Subject Matter Jurisdiction, currently set for July 10, 2009, shall be continued to August 14, 2009.  Plaintiff's opposition or other response to the pending motion shall be filed and served on or before July 15, 2009, and Defendants' reply, if any, shall be filed and served on or before July 31, 2009.

2. Pending the continued hearing on Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction, all other requirements and deadlines as previously set by this Court's Order Setting Case Management Conference and Order Setting Initial Case Management Conference shall be held in abeyance pending further order of the Court, except that the Case Management Conference will remain on calendar for August 14, 2009 as a status conference, unless the Court notifies the parties to the contrary.

IT IS SO STIPULATED.

Dated: June 19, 2009

**ALTSHULER BERZON LLP**

By: _____/s/ Jeffrey B. Demain_____
JEFFREY B. DEMAIN
Attorneys for Defendants

Dated:   June 19, 2009

**SEGAL & KIRBY LLP**

By: _____/s/ James P. Mayo_____
MALCOLM S. SEGAL
JAMES P. MAYO
Attorneys for Plaintiff
THE OSO GROUP, LTD.

Dated:   June 19, 2009

**KASOWITZ, BENSON, TORRES & FREIDMAN LLP**

By: _____/s/ Donald J. Putterman_____
DONALD J. PUTTERMAN
Attorneys for Plaintiff
THE OSO GROUP, LTD.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 19, 2009

_____
The Honorable Samuel Conti
Judge, United States District Court

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]